DISTRICT TOWNSHIP OF CARROLL v. DISTRICT TOWNSHIP OF PLEASANT VALLEY.

**Statute of Limitations:** AGREEMENT TO PAY MONEY: SCHOOL DISTRICTS. *District Twp. of Carroll v. District Twp. of Arcadia, ante,* p. 96, followed.

*Appeal from Carroll District Court.*—HON. J. P. CONNER, Judge.

FILED, JANUARY 25, 1890.

THIS action is, in all essential particulars, like that of *District Twp. of Carroll v. District Twp. of Arcadia, ante,* p. 96, the defendant district in this case having been formerly a part of the plaintiff district; and, after separation, a contract was made for the payment of indebtedness as in the former case, except that it differs in amount, and some few particulars not essential. From the judgment on demurrer, as in the former case, the plaintiff appeals.

*Geo. R. Cloud,* for appellant.

*Powers & Powers,* for appellee.

GRANGER, J.—Counsel, in argument, have treated this case as being like that of *District Twp. of Carroll v. District Twp. of Arcadia, ante,* p. 96, and evidently think and expect the ruling in the two cases to be alike, as we think they must of necessity be; and, following that case, the judgment in this is

AFFIRMED.